1  DAVID J. MARTIN, ESQ.
   DAVID J. MARTIN PLLC
2  NEVADA BAR NO. 9117
   304 S. JONES BLVD, #4461
3  LAS VEGAS, NEVADA 89017
4  (t) 919-348-5152
   David@djmartinlawnc.com
5

6

7                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT COURT OF NEVADA
8

9

10  WILLIAM EDDINS,

11       Plaintiff,

12  v.                                    Case No.: 2:23-cv-01497-JCM-MDC

13                                        **STIPULATION FOR PLAINTIFF'S**
14  FLAMINGO WEST INVESTMENTS, LLC.,      **VOLUNTARY DISMISSAL WITH**
                                          **PREJUDICE**
15

16       Defendant.

17

18

19

20       Plaintiff WILLIAM EDDINS, by and through his counsel of record, and Defendant

21

22  FLAMINGO WEST INVESTMENTS, INC, by and through its counsel of record,

23  stipulates to Plaintiff's voluntary dismissal with prejudice pursuant to Fed. R. Civ. P.

24
    41(a)(1)(A)(ii).
25

26  //

27

28  //

IT IS STIPULATED that Plaintiff shall voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 2nd day of July 2024

| | |
|---|---|
| /s/ David J Martin<br>David J. Martin<br>David J. Martin PLLC<br>304 S. Jones Blvd, #4661<br>Las Vegas, Nevada 89017<br>Attorney for Plaintiff | /s/ Russell G Gubler<br>Russell G. Gubler<br>Johnson & Gubler, P.C.<br>8831 W. Sahara Ave<br>Las Vegas, Nevada 89117<br>Attorney for Defendant |

IT IS SO ORDERED

DATED July 3, 2024.

_____
Hon. James C. Mahan
United States District Court
District of Nevada